UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FRANK O'BRYANT,

Defendant.

16-CR-317-03 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has a received a motion for compassionate release on behalf of defendant

Frank O'Bryant.  The Court directs the Government to respond by Tuesday, October 26, 2021.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 12, 2021
       New York, New York