UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

FRANK O'BRYANT,

Defendant.

16-CR-317-03 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* motion for compassionate release. The Court directs the Government to file a response by November 8, 2023.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 18, 2023
New York, New York