UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>FRANK O'BRYANT,<br><br>       Defendant. | 16-CR-317-03 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  The Court reappoints Kelley Sharkey, Esq., to represent defendant O'Bryant in connection with making a motion for sentence reduction pursuant to Sentencing Guidelines Amendment 821. That motion is due February 7, 2024. The Government's response is due February 14, 2024.

  SO ORDERED.

                      *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge

Dated: January 31, 2024
   New York, New York